Filed          18-CI-004956   09/19/2018        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
05/14/2019 10:48:10 AM
65730-6

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CASE NO.18-CI-4956

STEPHANIE ALLEN                                                              PLAINTIFF

## ANSWER TO COMPLAINT

v.                              *FILED ELECTRONICALLY*

FOUR B MANAGEMENT, LLC                                              DEFENDANT

* * * * *

Comes the Defendant Four B Management, LLC ("Four B"), by counsel, and for its Answer to the Complaint, states as follows:

1.      Four B admits the allegations contained in Paragraphs 1 through 3 of the Complaint.

2.      Four B is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraphs 4 and of the Complaint and, therefore, denies same.

3.      Four B denies the allegations contained in Paragraphs 6 through 8 of the Complaint.

4.      In response to Plaintiff's demand for judgment and prayer for relief, Four B denies that Plaintiff is entitled to any relief.

5.      Any allegation not heretofore address is expressly denied.

## AFFIRMATIVE DEFENSES

6.      Four B affirmatively states and alleges that if Plaintiff suffered damages, the same may have been caused by the Plaintiff's own acts and/or omissions.

EXHIBIT A

ANS : 000001 of 000003

Filed 18-CI-004956 09/19/2018 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/14/2019 10:48:10 AM
65730-6

7.     Four B affirmatively states and alleges that Plaintiff's alleged injuries and damages, if any, may have been directly caused and/or contributed to by third parties over whom Four B had no responsibility or control, but for which said injuries and damages, if any, would not have occurred.

WHEREFORE, Defendant, Four B Management, LLC, requests judgment as follows:

1.     Dismissing Plaintiff's Complaint with prejudice;

2.     For Defendant's costs, expenses and attorneys' fees herein expended;

3.     Trial by jury; and

4.     All other legal and equitable relief to which Four B Management, LLC may appear entitled

BOEHL STOPHER & GRAVES, LLP


*/s/ Charles H. Stopher*_____
Charles H. Stopher
400 West Market Street, Suite 2300
Louisville, KY 40202
cstopher@bsg-law.com
Phone:  (502) 589-5980
Fax:  (502) 561-9400
COUNSEL FOR DEFENDANT

Filed 18-CI-004956 09/19/2018 David L. Nicholson, Jefferson Circuit Clerk

ANS : 000002 of 000003

Filed          18-CI-004956   09/19/2018      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                          05/14/2019 10:48:10 AM
                                                          65730-6

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was served via First Class Mail on the

following this 19th day of September, 2018:

Andrew N. Clooney
Clooney Law Office
2501 Preston Highway
Louisville, KY 40217
F: (877) 518-4274
Clooney@callclooney.com
*Counsel for Plaintiff*

                                        */s/ Charles H. Stopher*
                                        COUNSEL FOR DEFENDANTS

ANS : 000003 of 000003

Filed          18-CI-004956   09/19/2018      David L. Nicholson, Jefferson Circuit Clerk

Filed      18-CI-004956     12/10/2018          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/14/2019 10:48:29 AM
65730-6

NO. 18-CI-004956                                          JEFFERSON CIRCUIT COURT
                                                           DIVISION _____
                                                           JUDGE _____


STEPHANIE ALLEN                                                               PLAINTIFF

v.                          **NOTICE-MOTION-ORDER**

FOUR B MANAGEMENT, LLC                                                        DEFENDANT

                            \*\*\* \*\*\* \*\*\*

                              **NOTICE**

Please note that the undersigned will make the following motion and request the entry of

the attached Order on Monday December 17, 2018 at 9:45 a.m. in the above Court.

                    **MOTION TO SUBSTITUTE COUNSEL**

Comes the Plaintiff, Stephanie Allen, by counsel and gives notice of substitution of

counsel.  Effective immediately, all court documents, correspondence and pleadings should be

amended to reflect that Fernando Valdizan is the attorney of record for Plaintiff, Stephanie Allen.

Attorney Andrew Clooney, of Clooney Law Office, has not responded to clients calls or our

requests to discuss this case and should no longer be included in any of the correspondence or

pleadings.


                              Respectfully submitted,

                              **ALEX R. WHITE, PLLC**


                              /s/ Fernando Valdizan
                              Fernando Valdizan
                              908 Minoma Ave.
                              Louisville, KY 40217
                              Telephone: (502) 882-6089
                              Facsimile: (502) 585-3559
                              Fernando@arwhitelaw.com
                              *Counsel for Plaintiff*

SAC : 000001 of 000003

Filed      18-CI-004956     12/10/2018          David L. Nicholson, Jefferson Circuit Clerk

Filed          18-CI-004956      12/10/2018          David L. Nicholson, Jefferson Circuit Clerk

05/14/2019 10:48:29 AM
65730-6

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was delivered via U.S. Mail First Class, and email to the following on this, the 7th day of June, 2017:

Andrew Clooney
Clooney Law Office
2501 Preston Highway
Louisville, KY 40217

/s/ Fernando Valdizan
Fernando Valdizan
*Counsel for Plaintiff*

SAC : 000002 of 000003

Filed          18-CI-004956     12/10/2018          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/14/2019 10:48:29 AM
65730-6

NO. 18-CI-004956                                        JEFFERSON CIRCUIT COURT
                                                        DIVISION _____
                                                        JUDGE _____


STEPHANIE ALLEN                                                              PLAINTIFF

v.                                      **ORDER**

FOUR B MANAGEMENT, LLC                                                       DEFENDANT


\*\*\* \*\*\* \*\*\*

Upon Motion of counsel for the Plaintiff herein, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that attorney Fernando Valdizan be substituted for attorney Andrew Clooney

as counsel for Plaintiff Stephanie Allen.


_____

JUDGE

DATED:_____

Filed          18-CI-004956     12/10/2018          David L. Nicholson, Jefferson Circuit Clerk

Tendered        18-CI-004956   12/10/2018        David L. Nicholson, Jefferson Circuit Clerk

FILED DOCUMENT
05/14/2019 10:48:44 AM
65730-6

NO. 18-CI-004956                                   JEFFERSON CIRCUIT COURT
                                                   DIVISION _____
                                                   JUDGE _____


STEPHANIE ALLEN                                                      PLAINTIFF

v.                        **NOTICE-MOTION-ORDER**

FOUR B MANAGEMENT, LLC                                               DEFENDANT

                            *** *** ***

                              **NOTICE**

Please note that the undersigned will make the following motion and request the entry of

the attached Order on Monday December 17, 2018 at 9:45 a.m. in the above Court.

                   **MOTION TO SUBSTITUTE COUNSEL**

Comes the Plaintiff, Stephanie Allen, by counsel and gives notice of substitution of

counsel.  Effective immediately, all court documents, correspondence and pleadings should be

amended to reflect that Fernando Valdizan is the attorney of record for Plaintiff, Stephanie Allen.

Attorney Andrew Clooney, of Clooney Law Office, has not responded to clients calls or our

requests to discuss this case and should no longer be included in any of the correspondence or

pleadings.


                           Respectfully submitted,

                           **ALEX R. WHITE, PLLC**


                           /s/ Fernando Valdizan
                           Fernando Valdizan
                           908 Minoma Ave.
                           Louisville, KY 40217
                           Telephone: (502) 882-6089
                           Facsimile: (502) 585-3559
                           Fernando@arwhitelaw.com
                           *Counsel for Plaintiff*

TD : 000001 of 000003

Tendered          18-CI-004956    12/10/2018        David L. Nicholson, Jefferson Circuit Clerk

FILED DOCUMENT
05/14/2019 10:48:44 AM
65730-6

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was delivered via U.S. Mail First Class, and email to the following on this, the 7th day of June, 2017:

Andrew Clooney
Clooney Law Office
2501 Preston Highway
Louisville, KY 40217

/s/ Fernando Valdizan
Fernando Valdizan
*Counsel for Plaintiff*

TD : 000002 of 000003

Tendered          18-CI-004956   12/10/2018          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/14/2019 10:48:44 AM
65730-6

NO. 18-CI-004956                                          JEFFERSON CIRCUIT COURT
                                                          DIVISION _____
                                                          JUDGE _____


STEPHANIE ALLEN                                                              PLAINTIFF

v.                                      **ORDER**

FOUR B MANAGEMENT, LLC                                                       DEFENDANT


*** *** ***

Upon Motion of counsel for the Plaintiff herein, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that attorney Fernando Valdizan be substituted for attorney Andrew Clooney

as counsel for Plaintiff Stephanie Allen.


_____

JUDGE

DATED:_____

TD : 000003 of 000003

Tendered          18-CI-004956   12/10/2018          David L. Nicholson, Jefferson Circuit Clerk

Filed          18-CI-004956     12/21/2018          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/14/2019 10:49:01 AM
65730-6

NO. 18-CI-004956                                    JEFFERSON CIRCUIT COURT
                                                              DIVISION 3
                                                        HON. MITCH PERRY


STEPHANIE ALLEN                                                       PLAINTIFF


### ENTRY OF APPEARANCE


v.                              *FILED ELECTRONICALLY*


FOUR B MANAGEMENT, LLC                                               DEFENDANT

                                    * * * * *

       Come the Defendant, Four B Management, LLC, by counsel, and herewith inform the

Court and the parties of the entry of appearance of Patrick C. M. Hoerter of Boehl Stopher &

Graves, LLP, as counsel of record for Defendant, Four B. Management, LLC.   All future

pleadings and correspondence in this matter shall be served and addressed to Mr. Charles

Stopher and Mr. Patrick Hoerter at their office address of 400 West Market Street, Suite 2300,

Louisville, Kentucky 40202.



                              BOEHL STOPHER & GRAVES, LLP


                              */s/ Patrick C.M. Hoerter*_____
                              Charles Stopher (KBA No. 90981)
                              Patrick C.M. Hoerter (KBA No. 95572)
                              400 West Market Street, Suite 2300
                              Louisville, KY 40202
                              Phone:  (502) 589-5980
                              Fax:  (502) 561-9400
                              cstopher@bsg-law.com
                              phoerter@bsg-law.com
                              COUNSEL FOR DEFENDANT

EA : 000001 of 000002

Filed          18-CI-004956    12/21/2018          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                                05/14/2019 10:49:01 AM
                                                                                65730-6

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was mailed to the following this 21st day of December, 2018:

Fernando Valdizan
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
P: (502) 882-6089
F: (502) 585-3559
Fernando@arwhite.com
*Counsel for Plaintiff*

/s/ Patrick C.M. Hoerter
COUNSEL FOR DEFENDANT

EA.: 000002 of 000002

Filed          18-CI-004956    12/21/2018          David L. Nicholson, Jefferson Circuit Clerk

Filed        18-CI-004956      02/27/2019        David L. Nicholson, Jefferson Circuit Clerk

FILED DOCUMENT
05/14/2019 10:49:13 AM
65730-6

NO. 18-CI-004956                                        JEFFERSON CIRCUIT COURT
                                                                        DIVISION 3
                                                                HON. MITCH PERRY


STEPHANIE ALLEN                                                          PLAINTIFF


### NOTICE TO TAKE DEPOSITION OF STEPHANIE ALLEN


v.                              *FILED ELECTRONICALLY*


FOUR B MANAGEMENT, LLC                                                   DEFENDANT

* * * * *

Please take notice on **Tuesday, April 9, 2019, beginning at 9:00 a.m.,** at the law office

of Alex R. White, PLLC, 908 Minoma Avenue, Louisville, KY 40217, Defendant, Four B

Management, LLC, by counsel, will take, upon oral examination, the deposition of

**STEPHANIE ALLEN.**

Said deposition will be used for all purposes provided by the Kentucky Rules of Civil

Procedure and will continue from day to day until completed.


                                BOEHL STOPHER & GRAVES, LLP


                                */s/ Patrick C.M. Hoerter*_____
                                Charles Stopher (KBA No. 90981)
                                Patrick C.M. Hoerter (KBA No. 95572)
                                400 West Market Street, Suite 2300
                                Louisville, KY 40202
                                Phone: (502) 589-5980
                                Fax: (502) 561-9400
                                cstopher@bsg-law.com
                                phoerter@bsg-law.com
                                COUNSEL FOR DEFENDANT

DEP : 000001 of 000002

Filed          18-CI-004956     02/27/2019          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

05/14/2019 10:49:13 AM
65730-6

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was mailed to the following this 27th

day of February, 2019:

Fernando Valdizan
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
P: (502) 882-6089
F: (502) 585-3559
Fernando@arwhite.com
*Counsel for Plaintiff*

*/s/ Patrick C.M. Hoerter*
COUNSEL FOR DEFENDANT

DEP : 000002 of 000002

Filed          18-CI-004956     04/09/2019          David L. Nicholson, Jefferson Circuit Clerk

05/14/2019 10:49:27 AM
65730-6

NO. 18-CI-004956                                          JEFFERSON CIRCUIT COURT
                                                              DIVISION THREE (3)
                                                              HON. MITCH PERRY

STEPHANIE ALLEN                                                          PLAINTIFF

### <u>NOTICE-MOTION-ORDER</u>

v.                          ***FILED ELECTRONICALLY***

FOUR B MANAGEMENT, LLC                                                  DEFENDANT

* * * * *

### <u>NOTICE</u>

PLEASE TAKE NOTICE that the undersigned will on Monday **April 29, at 9:45 a.m.**, in the courtroom of the above Court, make the following motion and tender the following Order.

### <u>MOTION TO LIMIT PLAINTIFF'S RECOVERABLE DAMAGES TO $75,000.00</u>

Comes the Defendant, Four B Management, LLC (hereinafter "Four B"), by counsel, and respectfully moves the Court to enter an order limiting Plaintiff's recoverable damages to $75,000.00 because Plaintiff failed to respond to Requests for Admission regarding the amount in controversy within the deadline imposed by the Kentucky Civil Rules. In support of this motion, Defendants state as follows:

1.      On August 27, 2018, Plaintiff filed this lawsuit arising out of a slip and fall incident. The incident forming the basis of the Complaint occurred on August 28, 2017.

MOT : 000001 of 000004

Filed          18-CI-004956    04/09/2019          David L. Nicholson, Jefferson Circuit Clerk

05/14/2019 10:49:27 AM
65730-6

2.      On September 27, 2018, Defendant served Requests for Admissions on the Plaintiff, Stephanie Allen.  The Requests sought information about the amount in controversy:[1]

**REQUEST NO. 1:**   Admit that the total amount in controversy in this matter does not now, and never will, exceed $75,000.00, exclusive of interests and costs.

**RESPONSE:**

**REQUEST NO. 2:**   Admit that you will never ask a jury to award damages against Defendants in an amount exceeding $75,000.00, exclusive of interest and costs in this matter.

**RESPONSE:**

3.      On December 10, 2018, Plaintiff filed a Motion to Substitute Counsel.

4.      On December 13, 2018, Defendant wrote the Plaintiff's newly retained counsel to update him on the status of the pending discovery and provide him Word format copies of the pending requests.[2]

5.      Pursuant to CR 36.02, Plaintiff's Response to the Requests for Admission was due on October 27, 2018.  However, even after charitably allowing for the substitution of counsel, the Response would have been due on January 12, 2019.  To date, the Plaintiff has not served responses to the Requests for Admission.

6.      On December 13, 2018 the undersigned provided Word format copies of all discovery requests propounded, including Interrogatories.  The undersigned received Plaintiff's answers to the propounded Interrogatories on January 11, 2019.  However, Plaintiff's answers to

---

[1] A copy of Defendants' Requests for Admission are attached hereto as Exhibit A.
[2] A copy of the undersigned's email is attached hereto as Exhibit B.

MOT : 000002 of 000004

Filed          18-CI-004956     04/09/2019          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
05/14/2019 10:49:27 AM
65730-6

the propounded Interrogatories specifically excluded Interrogatory No. 15,[3] which read as follows:

**INTERROGATORY NO. 15**          Pursuant to Kentucky Rule of Civil Procedure 8.01, please itemize the unliquidated damages alleged to have been caused by the defendant and their respective amounts.

**ANSWER**

7.          Plaintiff's failure to respond to the Requests for Admission conclusively establishes the amount in controversy in this case.  CR 36.01(2) provides that "The matter is admitted unless, within 30 days after service of the request ... the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or by his attorney[.]"  CR 36.02 provides that "Any matter admitted under Rule 36 is ***conclusively established*** unless the court on motion permits withdrawal or amendment of the admission."  (emphasis added).

8.          Given that Plaintiff has failed to comply with 36.02, the Court should deem the requests admitted.

9.          Although Plaintiff is entitled to claim any damages that he deems appropriate, Defendants are entitled to rely on the deadlines and requirements imposed by the Civil Rules.

**WHEREFORE**, Defendant, Four B, respectfully moves the Court to enter the attached order limiting Plaintiff's damages to $75,000.00 exclusive of interest and costs.

---

[3] Select pages from Defendants' Interrogatories are attached hereto as Exhibit C.

Filed          18-CI-004956     04/09/2019          David L. Nicholson, Jefferson Circuit Clerk

Filed        18-CI-004956     04/09/2019        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                        05/14/2019 10:49:27 AM
                                                                        65730-6

BOEHL STOPHER & GRAVES, LLP


*/s/ Patrick C.M. Hoerter*_____
Charles Stopher (KBA No. 90981)
Patrick C.M. Hoerter (KBA No. 95572)
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
cstopher@bsg-law.com
phoerter@bsg-law.com

COUNSEL FOR DEFENDANT


## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed on this 9th day of April,

2019:

Fernando Valdizan
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
P: (502) 882-6089
F: (502) 585-3559
Fernando@arwhite.com
*Counsel for Plaintiff*


*/s/ Patrick C.M. Hoerter*_____
COUNSEL FOR DEFENDANT

MOT : 000004 of 000004

NO. 18-CI-004956                                        JEFFERSON CIRCUIT COURT
                                                                    DIVISION 3
                                                            HON. MITCH PERRY

STEPHANIE ALLEN                                                      PLAINTIFF

## DEFENDANTS' REQUESTS FOR ADMISSIONS PROPOUNDED
## ON STEPHANIE ALLEN

v.

FOUR B MANAGEMENT, LLC                                              DEFENDANT

* * * * *

Comes the Defendant, Four B Management, LLC , by counsel, and pursuant to Rule 36
of the Kentucky Rules of Civil Procedure, propound the following Requests for Admissions to
Plaintiff, Stephanie Allen, to be answered within thirty (30) days of service thereof. These
Requests are to be used for all purposes permitted by the Kentucky Rules of Civil Procedure and
are considered to be continuing.

## REQUESTS FOR ADMISSIONS

**REQUEST NO. 1:**    Admit that the total amount in controversy in this matter does not
now, and never will, exceed $75,000.00, exclusive of interests and costs.

**RESPONSE:**

**REQUEST NO. 2:**    Admit that you will never ask a jury to award damages against
Defendants in an amount exceeding $75,000.00, exclusive of interest and costs in this matter.

**RESPONSE:**

EXHIBIT A

EXH : 000001 of 000002

Filed          18-CI-004956    04/09/2019          David L. Nicholson, Jefferson Circuit Clerk

05/14/2019 10:49:39 AM
65730-6

BOEHL STOPHER & GRAVES, LLP


*/s/ Charles H. Stopher*
Charles H. Stopher (KBA No. 90981)
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
cstopher@bsg-law.com
COUNSEL FOR DEFENDANT


<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was mailed to the following this 27th day

of September, 2018:

Andrew N. Clooney
Clooney Law Office
2501 Preston Highway
Louisville, KY 40217
F: (877) 518-4274
Clooney@callclooney.com
*Counsel for Plaintiff*

                                        */s/ Charles H. Stopher*
                                        COUNSEL FOR DEFENDANT

EXH: 000002 of 000002

Filed          18-CI-004956      04/09/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/14/2019 10:49:51 AM
65730-6

| | |
|---|---|
| **From:** | Patrick C. Hoerter <phoerter@BSG-Law.com> |
| **Sent:** | Thursday, December 13, 2018 4:48 PM |
| **To:** | fernando@arwhitelaw.com |
| **Cc:** | Charles Stopher; Donna C. Long |
| **Subject:** | Allen v. Four B Mgt. 18CI4956 [BSGLOU-ImanBSG.FID355940] |
| **Attachments:** | Def_s First RPOD to Plaintiff (Allen).DOCX; Defs First Interrogs to Plaintiff (Allen).DOCX; Request for Admissions (Allen).DOCX; Medicare Authorization (Hoerter).PDF |

Counsel,

We have received your motion to substitute and have no objection.  Discovery was propounded on your client and sent to Mr. Clooney in September.  Word format copies of those requests are attached.

**Patrick C.M. Hoerter**
*Associate*



400 West Market Street | Suite 2300 | Louisville, KY 40202
(502) 589-5980 Ext. x5100 | Fax (502) 561-9400 | *www.bsg-law.com*

NOTICE: This e-mail and the transmitted documents contain private and confidential information.  If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

EXHIBIT B

EXH : 000001 of 000001

NO. 18-CI-004956

JEFFERSON CIRCUIT COURT
DIVISION 3
HON. MITCH PERRY

STEPHANIE ALLEN

PLAINTIFF

## DEFENDANTS' FIRST SET OF INTERROGATORIES TO STEPHANIE ALLEN

v.

FOUR B MANAGEMENT, LLC

DEFENDANT

\* \* \* \* \*

Comes the Defendant, Four B Management, LLC, by counsel, and submits the following interrogatories to Plaintiff, Stephanie Allen, pursuant to Rule 33 of the Kentucky Civil Rules.

## DEFINITIONS

For purposes of these Interrogatories and Requests, the following definitions and instructions apply:

1.    "Relating to" means referring to, pertaining to, mentioning, or in any way relevant with the meaning of Rule 26 of the Kentucky Rules of Civil Procedure.

2.    "Document" and/or "Documents" includes, but is not limited to, every writing or recording of every kind of description, whether handwritten, typed, drawn, sketched, printed or recorded by any physical, mechanical, electronic or electrical means whatever, including without limitation all letters, books, records, papers, pamphlets, brochures, circulars, advertisements, specifications, plats, surveys, sketches, charts, plans, laboratory or engineering reports, notebooks, worksheets, reports, lists, analyses, summaries, notes, memoranda, emails, maps, drawings,

EXH : - 000001 of 000002

EXHIBIT C

Filed        18-CI-004956    04/09/2019          David L. Nicholson, Jefferson Circuit Clerk

05/14/2019 10:50:05 AM
65730-6

**INTERROGATORY NO. 14:**        Describe the injuries you sustained as a result of the occurrence described in the Complaint and the present condition of each such injury.

**ANSWER**

**INTERROGATORY NO. 15:**        Pursuant to Kentucky Rule of Civil Procedure 8.01, please itemize the unliquidated damages alleged to have been caused by the defendant and their respective amounts.

**ANSWER**

**INTERROGATORY NO. 16:**        State whether any medical practitioner has told you that you will require any future medical treatment for any injuries or conditions which you claim resulted from the alleged accident.  Please include a description of the procedures and/or treatment you have been told you will require in the future and provide the name and address of the medical practitioner who so informed you.

**ANSWER**

**INTERROGATORY NO. 17:**        State whether you allege you have suffered lost wages or income as a result of the incident that is the subject of the Complaint.  If so, with respect to that allegation, please state:

　　　a)        The dates missed from your employment;

　　　b)        The amount of earnings lost;

　　　c)        The name, address and employer of any person who has knowledge of these matters.

**ANSWER**

EXH : 000002 of 000002

Tendered        18-CI-004956    04/09/2019        David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                                    05/14/2019 10:50:16 AM
                                                                                    65730-6

NO. 18-CI-004956                                    JEFFERSON CIRCUIT COURT
                                                         DIVISION THREE (3)
                                                         HON. MITCH PERRY


STEPHANIE ALLEN                                                    PLAINTIFF


v.                          **<u>ORDER</u>**



FOUR B MANAGEMENT, LLC                                             DEFENDANT


* * * * *

This matter is before the Court on Defendant's Motion to Limit Plaintiff's Recoverable Damages to $75,000.00.  The Court having reviewed the matter and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**.  Plaintiff did not respond to Defendant's Requests for Admission regarding the amount of damages claimed. When Plaintiff did respond to the Requests for Admission, she failed to comply with the requirements imposed by CR 36.  Accordingly, the Court has deemed the requests for admission admitted and Stephanie Allen shall not be entitled to recover more than $75,000.00, exclusive of interest and costs, in this action.


_____
JUDGE MITCH PERRY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)

TD : 000001 of 000001

Tendered        18-CI-004956   04/11/2019        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
05/14/2019 10:50:30 AM
65730-6

NO. 18-CI-004956                                JEFFERSON CIRCUIT COURT
                                                DIVISION THREE (3)
                                                HON. MITCH PERRY


STEPHANIE ALLEN                                            PLAINTIFF


**AGREED ORDER**


v.                      ***FILED ELECTRONICALLY***


FOUR B MANAGEMENT, LLC.                                    DEFENDANT

* * * * *

WHEREAS Requests for Admission were propounded upon the Plaintiff on September 27, 2018.  Plaintiff retained new counsel and subsequent to that, Defendant served discovery in electronic format on December 13, 2018.

WHEREAS the Requests for Admission are, on this date of filing, unanswered, Plaintiff intends to respond no later than April 24, 2019.  In order to accommodate this, the Parties request that the Requests for Admission be not deemed admitted until after April 24, 2019, should they remain unanswered.

WHEREFORE, IT IS HEREBY ORDERED that the deadline for the Plaintiff to respond to Defendant's Request for Admissions is extended until April 24, 2019.


                                    _____
                                    JUDGE MITCH PERRY
                                    JEFFERSON CIRCUIT COURT

Tendered        18-CI-004956   04/11/2019        David L. Nicholson, Jefferson Circuit Clerk

Tendered        18-CI-004956    04/11/2019        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                        05/14/2019 10:50:30 AM
                                                                        65730-6

HAVE SEEN AND AGREE:

*/s/ Patrick C.M. Hoerter* _____
Charles Stopher (KBA No. 90981)
Patrick C.M. Hoerter (KBA No. 95572)
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
cstopher@bsg-law.com
phoerter@bsg-law.com
COUNSEL FOR FOUR B MANAGEMENT, LLC


*/s/ Fernando Valdizan (with permission)*
Fernando Valdizan
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
P: (502) 882-6089
F: (502) 585-3559
Fernando@arwhite.com
*Counsel for Plaintiff*

Filed        18-CI-004956    04/26/2019        David L. Nicholson, Jefferson Circuit Clerk

DOCUMENT
05/14/2019 10:50:42 AM
65730-6

NO. 18-CI-004956                                    JEFFERSON CIRCUIT COURT
                                                          DIVISION THREE (3)
                                                          HON. MITCH PERRY


STEPHANIE ALLEN                                                     PLAINTIFF


## NOTICE OF REMAND


v.                          *FILED ELECTRONICALLY*


FOUR B MANAGEMENT, LLC                                             DEFENDANT

* * * * *

   Comes the Defendant, Four B Management, LLC, by counsel, and hereby provides notice

to the Court that Defendant's Motion to Limit Plaintiff's Recoverable Damages to $75,000.00, is

remanded and should be removed from the Court's docket.


                              BOEHL STOPHER & GRAVES, LLP


                              */s/ Patrick C.M. Hoerter*
                              Charles Stopher (KBA No. 90981)
                              Patrick C.M. Hoerter (KBA No. 95572)
                              400 West Market Street, Suite 2300
                              Louisville, KY 40202
                              Phone:  (502) 589-5980
                              Fax:  (502) 561-9400
                              cstopher@bsg-law.com
                              phoerter@bsg-law.com
                              COUNSEL FOR DEFENDANT


                              +

NO : 000001 of 000002

Filed          18-CI-004956   04/26/2019          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
05/14/2019 10:50:42 AM
65730-6

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed on this 26th day of April,

2019:

Fernando Valdizan
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
P: (502) 882-6089
F: (502) 585-3559
Fernando@arwhite.com
*Counsel for Plaintiff*

*/s/ Patrick C.M. Hoerter*
COUNSEL FOR DEFENDANT

NO : 000002 of 000002