NO. 18-CI-004956                      JEFFERSON CIRCUIT COURT
DIVISION 3
HON. MITCH PERRY

STEPHANIE ALLEN                      PLAINTIFF

**PLAINTIFF'S RESPONSES TO THE REQUESTS FOR ADMISSIONS PROPOUNDED BY DEFENDANT FOUR B. MANAGEMENT, LLC**

v.

FOUR B MANAGEMENT, LLC                      DEFENDANT

\* \* \* \* \*

Comes the Plaintiff, Stephanie Allen, by counsel, and pursuant to Rule 36 of the Kentucky Rules of Civil Procedure, answers the following Requests for Admissions propounded by Defendant, Four B Management, LLC. These Requests are to be used for all purposes permitted by the Kentucky Rules of Civil Procedure and are considered to be continuing.

**REQUESTS FOR ADMISSIONS**

**REQUEST NO. 1:** Admit that the total amount in controversy in this matter does not now, and never will, exceed $75,000.00, exclusive of interests and costs.

    **RESPONSE:** **Deny. Plaintiff is still in the process of gathering medical records in order to determine the total amount of damages.**

**REQUEST NO. 2:** Admit that you will never ask a jury to award damages against Defendants in an amount exceeding $75,000.00, exclusive of interest and costs in this matter.

    **RESPONSE:** **Deny. Plaintiff is still in the process of gathering medical records in order to determine the total amount of damages.**

Alex R. White, PLLC

/s/ Fernando Valdizan
Fernando Valdizan
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
Phone: (502) 882-7552
Fernando@arwhitelaw.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed to the following this 23 day of April, 2019:

Charles H. Stopher (KBA No. 90981)
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
cstopher@bsg-law.com
*Counsel for Defendant*

/s/ Fernando Valdizan
*Counsel for Plaintiff*

# VERIFICATION

I, Stephanie Allen, hereby state I have read the foregoing Responses to the Requests for Admission propounded by Defendant, Four B Management, LLC, and the information contained therein is true and correct to the best of my knowledge and belief.

*/s/ Stephanie Allen*
STEPHANIE ALLEN

COMMONWEALTH OF KENTUCKY )
             ) :SS
COUNTY OF Jefferson    )

BEFORE ME, a Notary Public in and for said County and State, appeared the above-named Stephanie Allen, who acknowledged she did sign the foregoing instrument and the same is true to the best of her knowledge and belief.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Jefferson County, Kentucky this 23rd day of April, 2019.

*/s/ Amy Brennan*
NOTARY PUBLIC

My commission expires: 12/1/2021