UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

|  |  |  |
|---|---|---|
| STEPHANIE ALLEN | ) | Civil Action No. _____ |
|  | ) |  |
| PLAINTIFF | ) |  |
|  | ) |  |
| V. | ) |  |
|  | ) |  |
| FOUR B MANAGEMENT, LLC | ) |  |
|  | ) |  |
| DEFENDANT | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

\* \* \* \* \*

## **AFFIDAVIT OF BRITTNEY BARNETT**

Affiant, Brittney Barnett, after first being duly sworn, states as follows:

1. I am over the age of eighteen, competent to testify, and have knowledge of the matters asserted herein.

2. I am the majority member of Four B Management, LLC.

3. Four B Management, LLC is a limited liability company formed under the laws of Indiana.

4. Four B Management, LLC consists of three members: myself, Perry Krause, and Pamela Krause.

Exhibit C

5.  I am a citizen of Indiana and I reside at 3406 Tooten Hill Road, Jeffersonville, Indiana 47130.

6.  Perry Krause and Pamela Krause are both citizens of Indiana and reside at 5649 Bailey Grant Road, Jeffersonville, Indiana 47130.

Further, Affiant sayeth naught.

*Brittney N Barnett*

BRITTNEY BARNETT

STATE OF IN                    )
                               )  ss:
COUNTY OF Clark                )

NOTARY PUBLIC
SEAL
STATE OF INDIANA
MAKENZIE WINGHAM
Notary Public, Floyd Co., IN
My Comm. Expires March 7, 2026

BEFORE ME, a Notary Public in and for said County and State, appeared the above-named Brittney Barnett, who acknowledged that she did sign the foregoing instrument and that the same is true to the best of her knowledge and belief.

IN TESTIMONY HEREOF, I have hereunto set my hand and official seal this 6 day of May 2019.

My Commission Expires: March 7, 2026

*Makenzie Wingham*

NOTARY PUBLIC